# EXHIBIT B

## DOTCOM VENTURES, L.P.
## (FORMERLY ASCII VENTURES, L.P.)
## AMENDED & RESTATED
## AGREEMENT OF LIMITED PARTNERSHIP

This Amended and Restated Limited Partnership Agreement of **DOTCOM VENTURES, L.P.** (formerly ASCII VENTURES, L.P.) (the "Partnership"), is entered into as of the 1st day of April, 1999, by **AV MANAGEMENT, LLC**, a California limited liability company (the "General Partner") and each of the parties designated as limited partners on the signature page attached hereto (the "Limited Partners"). The primary purpose of this Amended and Restated Limited Partnership Agreement is to reflect certain changes required in connection with the admission of new Limited Partners and withdrawals of certain former Limited Partners as set forth in that certain Assignment, Assumption and Amendment Agreement of even date herewith by and between the Partnership, the General Partner, ASCII of America, Inc., CSK Venture Capital Co. Ltd. and various other parties (the "AAA Agreement"). Accordingly, the Partnership's Agreement of Limited Partnership originally executed on or about September 3, 1997, as amended from time to time thereafter, is hereby amended and restated in its entirely as follows:

1.    **DEFINITIONS.**

Unless the context requires otherwise, the following terms have the meanings specified in this paragraph:

1.1    **Accounting Period.** An Accounting Period shall be (i) a calendar year if there are no changes in the Partners' respective interests in the profits or losses of the Partnership during such calendar year except on the first day thereof, or (ii) any other period beginning on the first day of a calendar year, or any other day during a calendar year upon which occurs a change in such respective interests, and ending on the last day of a calendar year, or on the day preceding an earlier day upon which any change in such respective interest shall occur.

1.2    **The Act.** The California Revised Limited Partnership Act, as amended from time to time.

1.3    **Affiliate.** An affiliate of, or a party affiliated with, a specified party, including a party that directly, or indirectly through one or more intermediaries, controls, or is controlled by or is under common control with, the party specified.

1.4    **Book Value.** The Book Value with respect to any asset shall be the asset's adjusted basis for federal income tax purposes, except as provided below:

(a)    The initial Book Value of any asset contributed by a Partner to the Partnership shall be the fair market value of such asset at the time of contribution, as determined by the General Partner.

**EXHIBIT B**

IN WITNESS WHEREOF, the parties hereto have executed this AMENDED AND RESTATED AGREEMENT OF LIMITED PARTNERSHIP for DOTCOM Ventures, L.P., a California limited partnership, in several counterparts, each of which shall be deemed an original, as of the day and year first above written.

GENERAL PARTNER:                          LIMITED PARTNERS:

AV MANAGEMENT, LLC                        DONALD K. EMERY
                                          _____
                                          Print Name

By: _____              By: _____
    Sada Chidambaram, Manager
                                          Title: _____
By: _____
    Stephen Hyndman, Manager

DOTCOM VENTURES, L.P.
AMENDED AND RESTATED
AGREEMENT OF LIMITED PARTNERSHIP
SIGNATURE PAGE

70002 v5/SH
ISD#401LDOC

# EXHIBIT C



U.S. SMALL BUSINESS ADMINISTRATION
**Receiver for PROSPERO VENTURES, L.P.**
666 Eleventh Street, N.W. - Suite 200
Washington, D.C. 20001-4542
Telephone (202) 272-3617  FAX (202) 504-2247; 272-7701

November 10, 2004

Mr. Donald K. Emery
1046 Main St. - Suite 12
Osterville, MA 02655

      RE:    *USA v. PROSPERO VENTURES, L.P.*, Case No. C 04 - 4351,
              US DC, Northern District of California, San Francisco Division

Dear Mr. Donald K. Emery:

      The purpose of this letter is to notify you as a limited partner of PROSPERO
VENTURES, L.P. ("Prospero") (f/k/a Dotcom Ventures, L.P., f/k/a ASCII Ventures, L.P.)
that the U.S. SMALL BUSINESS ADMINISTRATION ("SBA") has been appointed as the
RECEIVER ("Receiver") of Prospero. A copy of the **Order Granting Receivership and
Permanent Injunctive Relief** entered October 20, 2004 in Case No. C 04 - 4351 (the
"Receivership Order") by the United States District Court for the Northern District of
California, San Francisco Division (the "Receivership Court"), is enclosed for your review
and should be retained in your files. The SBA was appointed Receiver of Prospero based on
Prospero's consent (Paragraph 12, Receivership Order). This letter notice is in compliance
with Paragraph 4 of the Receivership Order. The second enclosure is a copy of the letter by
the SBA appointing the undersigned as the Principal Agent for the SBA as the Court-
appointed Receiver of Prospero.

      In accordance with the Receivership Order, the Receiver has taken over the control of
the assets and operations of Prospero. The Receiver is mandated to administer, marshal, and
liquidate Prospero's assets, and to pursue and preserve all of its claims, to satisfy its
creditors therefrom in the order of priority as determined by the Receivership Court
(Paragraphs 1 and 2, Receivership Order). The Receiver is empowered by the Court with all
of the powers and authorities previously possessed by the general partner, officers, directors,
managers, investment advisors, and agents of Prospero, all of whom have been dismissed by
the terms of paragraph 2 of the Receivership Order. The Receiver is proceeding to marshal
and liquidate the portfolio assets of Prospero in an orderly manner to realize the maximum
recovery.

      The Receiver will file with the Receivership Court periodic Reports on the status of
the liquidation of the Prospero Receivership portfolio assets. The Receivership Court will
enter its Order establishing a Claims Bar Date pursuant to which all those persons and/or

LP Notice
November 10, 2004
page 2

entities having claims against Prospero, the Prospero Receivership Estate, or the assets of
Prospero in the possession of the Receiver, must file their claims with the Receiver. The
Receiver will report the claims to the Court and will file its recommendations for the
disposition of the claims. An actual Notice of the Claims Bar Date will be served on you.

Paragraph 3 of the Receivership Order directs that any person, including the general
partner, limited partners, management company, and former officers and directors, having
control, custody or possession of any assets or property of Prospero immediately turn such
property over to the Receiver. This letter also serves as the Receiver's demand that you
remit to the Receiver any property of Prospero which you have in your possession or
control.

The mailing address of the Receiver for the return of any property of Prospero, and
for any other correspondence to the Receiver, is the following:

**Brian S. Stern, Principal Agent**
**SBA, Receiver for Prospero Ventures, L.P.**
**666 Eleventh St., N.W. - Suite 200**
**Washington, DC  2001-4542**

Should you have any questions or wish to discuss any of these matters, please write to
the foregoing address or feel free to call me at (202) 272-3604.

Sincerely,
U.S. SMALL BUSINESS ADMINISTRATION
Receiver for PROSPERO VENTURES, L.P.

By:    _____

Brian S. Stern
Principal Agent for the Receiver
Direct Tel: (202) 272-3604

Enclosure
cc:    A. A. Speight, SBA O/L
       A. P. Messinger, Esq., SBA OGC

lpltr d1

# EXHIBIT D



U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, D.C. 20416
**Receiver for PROSPERO VENTURES, L.P.**
666 Eleventh Street, N.W.  -  Suite 200
Washington, D.C.  20001-4542
Telephone (202) 272-3617  FAX (202) 504-2247; 272-7701

*CERTIFIED MAIL NO. 7001 2510 0003 2422 4681*
*RETURN RECEIPT REQUESTED*

February 9, 2005   (RESENT MAY 9, '05)

Mr. Donald K. Emery
51 Putnam Avenue
Cotuit, MA 02635

RE:   *USA v. PROSPERO VENTURES, L.P.*, Case No. C 04 - 4351,
US DC, Northern District of California, San Francisco Division

Dear Mr. Donald K. Emery:

The Receiver has previously notified you that PROSPERO VENTURES,
L.P. ("Prospero") was ordered into Receivership by the Order of the U. S. District
Court for the Northern District of California (the "Receivership Court") entered
October 20, 2004 (the "Receivership Order") in the captioned case, and that the
U. S. Small Business Administration ("SBA") was appointed as the Receiver
("Receiver"). Paragraph 2 of the Receivership Order grants to the Receiver ". . .
all powers, authorities, rights, and privileges heretofore possessed by the general
partner, officers, directors, managers . . . of Prospero under applicable state and
federal law and by the Agreement of Limited Partnership . . ." Another copy of
the Receivership Order is enclosed.

In accordance with the Prospero (f/k/a ASCII Ventures, L. P.) Agreement
of Limited Partnership, you committed to invest a total of $1,871,287 in Prospero.
Enclosed is a copy of the Investor Questionnaire Signature Page which you
executed on March 31, 1999. The records maintained by the prior management
of Prospero, which have been provided to the Receiver, indicate that your capital
commitment is unfunded in the amount of $935,644.

The Receiver hereby makes demand on you for payment of the sum of
$935,644 in satisfaction of your unfunded capital commitment. You are required
to forward payment in the full amount to the Receiver not later than June 17,
2005. Payment must be in the form of a <u>bank cashier's check</u> payable to

*SBA, Receiver for Prospero Ventures, L.P.*

SBA IS AN EQUAL OPPORTUNITY EMPLOYER AND PROVIDER

**EXHIBIT D**

Mr. Donald K. Emery
May 9, 2005
Page 2


which should be mailed to the Receiver at the following address:

> Brian S. Stern, Principal Agent
> SBA, Receiver for Prospero Ventures, L.P.
> 666 Eleventh St., N.W. – Suite 200
> Washington, DC  20001-4542.

Your failure to make timely payment in full of your unfunded capital
commitment will compel the Receiver to pursue all of its legal rights and
remedies available.

Should you have any questions or wish to discuss this matter, feel free to
write to the undersigned at the above address or call me directly at (202) 272-
3604.



Sincerely,
U.S. SMALL BUSINESS ADMINISTRATION
Receiver for PROSPERO VENTURES, L.P.

By:

Brian S. Stern
Principal Agent for the Receiver
Direct Tel: (202) 272-3604


Enclosure
cc:   A. A. Speight, SBA O/L
      A. P. Messinger, Esq., SBA OGC



emery  d2

DOTCOM VENTURES, L.P. (FORMERLY ASCII VENTURES, L.P.)
INVESTOR QUESTIONNAIRE SIGNATURE PAGE

The representations and warranties set forth herein, including the information set forth on this signature page, are true and accurate as of the date hereof and shall be true and accurate as of the date of sale of the Interest and shall survive such date If in any respect such representations and warranties shall not be true and accurate prior to sale of the Interest, the undersigned shall give immediate notice of such fact to the General Partner, specifying which representations and warranties are not true and accurate and the reasons therefor.

LEGAL NAME OF INVESTOR  DONALD K. EMERY

Type of Investor  Please check the applicable box

- ☑ Individual
- ☐ Corporation
- ☐ Partnership
- ☐ Trust
- ☐ Other _____

The undersigned is either (i) an "employee benefit plan" as defined in §3(3) of the Employee Retirement Income Security Act of 1974, as amended ("ERISA") (including any plan that is exempt from Title I of ERISA pursuant to §4(b) of ERISA), (ii) a plan described in IRC §4975(e)(1) (including an individual retirement account or annuity), or (iii) any entity the underlying assets of which are deemed to include "plan assets" under ERISA.

- ☐ Yes, the undersigned is one of the above
- ☑ No, the undersigned is not any of the above

Name and Address of
primary contact person     DONALD K. EMERY
                           c/o ILT INC.
                           153 MAIN ST.
                           WEST DENNIS, MA  02670

Telephone Number:         (888 - 264 - 1467

Fax Number:               (508 - 394 - 9461

Other persons who should receive      _____
Partnership correspondence:           _____
                                       _____

Please specify your Tax I.D. Number or
check the appropriate box:
- ☐ Tax I.D No        REDACTED
- ☐ Exempt under IRC §401(a)
- ☐ Exempt under IRS §501(c)(3)

Total Capital Commitment: $ 750 000.00

(SEVEN HUNDRED FIFTY
THOUSAND DOLLARS)

By: _____
            Signature

Title: _____

Date: MARCH 31, 1999

6

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & F | |

Postmark Here

Sent To

Mr. Donald K. Emery
51 Putnam Avenue
Cotuit, MA 02635

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

PS Form 3800, January 2001                    See Reverse for Instructions

7001 2510 0003 2422 4681

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Donald K. Emery
   51 Putnam Avenue
   Cotuit, MA 02635

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X D K Emery          ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
D K Emery          05/25/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail        ☐ Express Mail
   ☐ Registered            ☐ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
   *(Transfer from service label)*      7001 2510 0003 2422 4681

PS Form 3811, August 2001          Domestic Return Receipt          102595-01-M-0381