1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, etc., | No. C07-03741 JCS |
| Plaintiff(s), | **CONSENT TO PROCEED BEFORE A** |
| v. | **UNITED STATES MAGISTRATE JUDGE** |
| DONALD K. EMERY, | |
| Defendant(s). / | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

CHRISTINE J. LEVIN

Dated: August 10, 2007

Signature

Counsel for Plaintiff
(Plaintiff, Defendant or indicate "pro se")

NDC-07