UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. SMALL BUSINESS
ADMINISTRATION, as Receiver
for PROSPERO VENTURES, L.P.
         Plaintiff(s),

v.

DONALD K. EMERY

         Defendant(s).

Case No. C07-03741 JCS

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: October 2, 2007

                                                     *Brian S. Stern, Pr. Ag For Receiver*
                                                     [Party]
                                                     Brian S. Stern
                                                     Principal Agent for the Receiver

Dated: October 2, 2007

                                                     [Counsel]
                                                     DARRYL J. HOROWITT

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

I attest that concurrence in the filing of this document has been obtained from Brian S. Stern.

                                                                      DARRYL J. HOROWITT