1  JOHN O'CONNOR
   O'Connor & Associates
2  One Embarcadero Center, Suite 1020
   San Francisco, CA 94111
3  Telephone: 415-693-9960
   Facsimile: 415-981-0222
4
   BRUCE A. SINGAL
5  MICHELLE R. PEIRCE
   DAMIEN C. POWELL
6  Donoghue, Barrett & Singal, P.C.
   One Beacon Street
7  Boston, MA 02108
   Telephone: (617) 720-5090
8  Facsimile: (617) 720-5092

9
                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
                         OAKLAND DIVISION
11

12                                          )   NO. 07-03741
    U.S. SMALL BUSINESS                     )
13  ADMINISTRATION, as Receiver for         )
    PROSPERO VENTURES, L.P.,                )   **DEFENDANT DONALD K. EMERY'S**
14                                          )   **RESPONSE TO COMPLAINT FOR**
                    Plaintiff(s),           )   **BREACH OF PARTNERSHIP**
15                                          )   **AGREEMENT AND DEMAND FOR**
    v.                                      )   **TRIAL BY JURY**
16                                          )
    DONALD K. EMERY,                        )
17                                          )
                    Defendant(s).           )
18  _____)

19

20         Defendant Donald K. Emery responds to the numbered paragraphs of the Complaint as

21  follows:

22         1.      This paragraph sets forth conclusions of law to which no reply is necessary. To

23  the extent this paragraph can be read as including factual allegations, those allegations are denied.

24         2.      This paragraph sets forth conclusions of law to which no reply is necessary. To

25  the extent this paragraph can be read as including factual allegations, those allegations are denied.

26         3.      This paragraph sets forth conclusions of law to which no reply is necessary. To

27  the extent this paragraph can be read as including factual allegations, those allegations are denied.

28  This paragraph alleges facts that are not within defendant's knowledge.

                                                  1

1    4.    Defendant admits the first two sentences in this paragraph. The remainder of this paragraph sets forth conclusions of law to which no reply is necessary. To the extent this paragraph can be read as including factual allegations, those allegations are denied.

5.    Admitted.

6.    Admitted.

7.    Admitted.

8.    Defendant admits the dates and language in this paragraph, but states that the document speaks for itself.

9.    Defendant admits the dates and language in this paragraph, but states that the document speaks for itself.

10.    This paragraph sets forth conclusions of law to which no reply is necessary. To the extent this paragraph can be read as including factual allegations, those allegations are denied.

11.    Defendant is without sufficient knowledge and information concerning the information contained in Prospero's books and records.

12.    Admitted.

13.    Admitted.

14.    Defendant admits the dates and language in this paragraph, but states that the document speaks for itself.

15.    Defendant incorporates his responses as set forth in Paragraphs 1 through 14 above.

16.    Denied.

17.    Denied.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

Plaintiff breached the Implied Covenant of Good Faith and Fair Dealing, by among other things, failing to provide Prospero an opportunity to cure.

///

1 | SECOND AFFIRMATIVE DEFENSE

2 | Plaintiff acted in bad faith and with unclean hands.

3 | THIRD AFFIRMATIVE DEFENSE

4 | Plaintiff is estopped from enforcing the contract because, among other reasons, it took
5 | actions and made statements that were relied on by Prospero and defendant to their detriment.

6 | FOURTH AFFIRMATIVE DEFENSE

7 | Plaintiff breached its fiduciary duties.

8 | FIFTH AFFIRMATIVE DEFENSE

9 | SBA regulations (13 C.F.R. § 107.500 et. seq.), which are incorporated into the contract
10 | and which were relied on by SBA, are invalid because they do not further the purpose of the
11 | SBIC statute (15 U.S.C. §§ 661-697g).

12 | SIXTH AFFIRMATIVE DEFENSE

13 | SBA regulations are vague, ambiguous and unenforceable under the due process clause of
14 | the United States Constitution.

15 | SEVENTH AFFIRMATIVE DEFENSE

16 | Plaintiff failed to mitigate its damages.

17 | EIGHTH AFFIRMATIVE DEFENSE

18 | Plaintiff's actions are ultra vires.

19 |
20 | Dated: October 18 2007                O'CONNOR & ASSOCIATES
21 |
22 | By: _____
     John O'Connor
     Attorneys for Defendant,
23 | DONALD K. EMERY
24 |
     DONOGHUE, BARRETT & SINGAL, P.C.
25 | Bruce A. Singal
     Michelle R. Peirce
     Damien C. Powell
26 | Attorneys for Defendant,
     DONALD K. EMERY
27 |
28 |

3

Response to Complaint