UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, | No. C 07-03741 (JCS) |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| DONALD K. EMERY, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference before Magistrate Judge Spero previously noticed for October 26, 2007, at 1:30 p.m., has been reset to **November 30, 2007, at 1:30 p.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The joint case management conference statement shall be due by **November 20, 2007.** Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: October 22, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: *Karen L. Hom*
Karen L. Hom
Courtroom Deputy