1   ARLENE P. MESSINGER
    Assistant General Counsel for SBIC Enforcement
    U.S. Small Business Administration
    Receiver for Prospero Ventures, L.P.
2   409 Third Street, S.W., 7th Floor
    Washington, DC  20416
3   Telephone: (202) 205-6857
    Facsimile: (202) 481-0325
4
    DARRYL J. HOROWITT  #100898
5   CHRISTINE J. LEVIN  #192181
    COLEMAN & HOROWITT, LLP
6   Attorneys at Law
    499 West Shaw, Suite 116
7   Fresno, California 93704
    Telephone: (559) 248-4820
8   Facsimile: (559) 248-4830

9   Attorneys for Plaintiff,
    U.S. SMALL BUSINESS ADMINISTRATION,
10  as Receiver for PROSPERO VENTURES, L.P.

11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13

14  U.S. SMALL BUSINESS                    NO.    C 07-03741 JSC
    ADMINISTRATION, as Receiver for
15  PROSPERO VENTURES, L.P.,

16                    Plaintiff,           **STIPULATION TO CONTINUE CASE
                                           MANAGEMENT CONFERENCE AND
17       v.                                [PROPOSED] ORDER THEREON**

18  DONALD K. EMERY,

19                    Defendant.

20

21

22       This stipulation is entered into by and between plaintiff, U.S. SMALL BUSINESS

23  ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P., and defendant, DONALD

24  K. EMERY, on the following recitals, terms, and agreements:

25

26                              **RECITALS**

27       This stipulation is entered into with the following facts taken into consideration:

28       A.    Plaintiff filed the above-captioned action on July 19, 2007.

1

B.    Plaintiff thereafter served the complaint on defendant on August 13, 2007.

C.    Defendant filed an answer on October 19, 2007.

D.    Plaintiff has also filed a notice of pendency of related cases and an administrative motion has been submitted to Judge Armstrong for determination.  The parties therefore wish for additional time to allow the administrative motion to be decided.

E.    In order to permit the parties time to complete the preparation of a joint case management conference statement under F.R.C.P. Rule 26(f), the parties request a continuance of the case management conference.

### STIPULATION

With the above facts taken into consideration, the adequacy and sufficiency of which are hereby acknowledged, the parties do hereby stipulate and agree as follows:

1.    The case management conference shall be continued for a period of time not to exceed 45 days in order to allow joint case management conference statement to be agreed upon by the parties and submitted to the court.

2.    This stipulation may be executed in counterparts and a facsimile and/or electronic signature shall be considered as valid as an original.

Dated: October 22, 2007                    COLEMAN & HOROWITT, LLP

By: _____
        DARRYL J. HOROWITT
        Attorneys for Plaintiff

Dated: October 22, 2007                    O'CONNOR & ASSOCIATES

By: _____
        JOHN O'CONNOR
        Attorneys for Defendant

2

## <u>ORDER</u>

1

2        The parties having to stipulated, and good cause appearing therefor,

3        IT IS HEREBY ORDERED that:

4        1.        The case management conference shall be continued to _____,

5    2007, at 10:00 a.m., in Courtroom E.

6        2.        The parties shall file a joint case management conference statement no later than

7    _____, 2007.

8        Dated: _____

9

10                                                    _____
                                                        MAGISTRATE JUDGE
11                                                      U.S. DISTRICT COURT
                                                        NORTHERN DISTRICT OF CALIFORNIA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                3