United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, | No. C 07-03741 (JCS) |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| DONALD K. EMERY, | |
| Defendant(s). _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference before Magistrate Judge Joseph C. Spero, currently noticed for **November 30, 2007, at 1:30 p.m.,** has been VACATED pursuant to the Related Case Order filed on November 27, 2007, relating the above referenced action to Magistrate Judge Maria-Elena James.

Dated: November 27, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Karen L. Hom
Courtroom Deputy