IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for Prospero Ventures, L.P.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JANE C. SLOANE, et al.,<br><br>　　　　Defendant.<br>_____/<br><br>AND RELATED CASES<br>_____/ | No.  C 07-3732  VRW<br>**Related Cases:**<br>C07-3733, C07-3735, C07-3736, C07-3737, C07-3738, C07-3739, C07-3740 and C07-3741<br><br>**CLERK'S NOTICE** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

　　YOU ARE NOTIFIED THAT a Case Management Conference has been scheduled for the above related cases **on Thursday, January 10, 2008 at 3:30 p.m.**  To prepare for the conference, the parties shall review and comply in all respects with the requirements of Civil L.R. 16-9 & L.R. 16-10.  Please report to Courtroom #6, on the 17th floor at 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: December 26, 2007

　　　　　　　　　　　　　　　　　　　FOR THE COURT,
　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　By: *Cora Klein*
　　　　　　　　　　　　　　　　　　　　　Cora Klein, Courtroom Deputy Clerk to
　　　　　　　　　　　　　　　　　　　　　Chief Judge Vaughn Walker