**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, LP, | No   C 07-3732   VRW |
| | Related Cases: |
| Plaintiff, | 07-3736<br>07-3737<br>07-3738 |
| | 07-3739 |
| v | 07-3741 |
| JANE C SLOANE, | ORDER |
| Defendant. | |

Defendants' motions for an extension through April 22, 2008, to file an opposition to plaintiff's motion to strike affirmative defenses is GRANTED.  See Doc ##36, 40.

The clerk is directed to docket each of the oppositions filed in the six above-captioned cases.

Plaintiff shall submit a reply to defendants' oppositions by May 2, 2008.  Further, the reply shall state whether the issues in each of the six motions to strike are identical.

**United States District Court**
For the Northern District of California

1    The hearing on plaintiff's motions to strike, currently

2  scheduled for May 8, 2008, shall be reset to June 5, 2008, at 2:30

3  pm or such later date as the parties arrange with the court's

4  deputy, Ms Cora Delfin-Klein, who may be reached at (415) 522-2039.

5

6

7    IT IS SO ORDERED.

8

9    _____

10   **VAUGHN R WALKER**

11   **United States District Chief Judge**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**2**