IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| US Small Business Administration as Receiver for Prospero Ventures L.P.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Jane Sloane,<br><br>　　　　Defendant.<br>_____ / | No.  C 07-3732  VRW<br>Related to cases:<br>C07-3736, C07-3737, C07-3738, C07-3739, and C07-3741<br><br>**CLERK'S NOTICE** |

(Plaintiff is directed to serve a copy, and file with the court proof of service, of this notice on any party in this action not appearing on the court's Notice of Electronic Filing or the Certificate of Service)

YOU ARE NOTIFIED THAT DUE TO COURT'S UNAVAILABILITY;

THE HEARING on Plaintiffs' Motion to Strike Affirmative Defenses and Motion for Judgment on the Pleadings has been **rescheduled for June 12, 2008 at 2:30 PM.** Please report to Courtroom 6, on the 17th floor, 450 Golden Gate Avenue, San Francisco, California. Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: May 12, 2008

　　　　　　　　　　　　　　　　　　　　　　FOR THE COURT,
　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　　By: _Cora Klein_____
　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk to
　　　　　　　　　　　　　　　　　　　　　　Chief Judge Vaughn R Walker