UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

**VAUGHN R. WALKER**
United States District Chief Judge

Date : __August 7, 2008__

**C07-3741 VRW**

US SBA as Receiver for Prospero Ventures LP  **v**  Donald K Emery

Attorneys : For Plaintiff(s):   __Darryl Horowitt__

       For Defendant(s):   __Bradley Kaplan__

Deputy Clerk: __Cora Klein__                    Reporter: __not reported__

PROCEEDINGS:

                                                                      RULING:

1. _____       _____
2. _____       _____
3. _____       _____

Further Case Management Conference - Held.

Defendant's Motion to Strike Affirmative defenses, or in the alternative, Motion for Judgment on the Pleading and Motion to Amend Response to Complaint has been scheduled to be heard on November 6, 2008 at 2:30 P.M.