ARLENE P. MESSINGER
Assistant General Counsel for SBIC Enforcement
U.S. Small Business Administration
Receiver for Prospero Ventures, L.P.
409 Third Street, S.W., 7th Floor
Washington, DC 20416
Telephone: (202) 205-6857
Facsimile: (202) 481-0325

DARRYL J. HOROWITT #100898
PHILIP J. NORGAARD #80477
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiff,
U.S. SMALL BUSINESS ADMINISTRATION,
as Receiver for PROSPERO VENTURES, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P., <br><br> Plaintiff, <br><br> v. <br><br> DONALD K. EMERY, <br><br> Defendant. | NO. C 07-03741 VRW <br><br> Related Cases: <br> C07-03739-VRW (Closed); C07-03737-VRW (Closed); C07-03732-VRW (Closed); C07-03736-VRW (Closed); C07-03738-VRW (Closed). <br><br> **STIPULATION TO CONTINUE HEARING AND** [~~PROPOSED~~] **ORDER THEREON** |

This stipulation is entered into by and between plaintiff, U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P., and defendant, DONALD K. EMERY, on the following recitals, terms, and agreements:

1

C:\Documents and Settings\dpowell\Local Settings\Temporary Internet Files\OLK11EC\StipContHrg(f)wpd (2).wpd
11/5/08 ~ 5:00 pm

C 07-03741VRW
STIPULATION AND ORDER TO CONTINUE

*U.S. Small Business Administration,*
*as Receiver for Prospero Ventures, L.P.*
*v. Donald K. Emery*
Case No.C 07-03741 VWS

## RECITALS

This stipulation is entered into with the following facts taken into consideration:

A. Plaintiff filed the above-captioned action on July 19, 2007.

B. Plaintiff thereafter served the complaint on defendant on August 13, 2007.

C. Defendant filed an answer on October 19, 2007.

D. The Court scheduled a hearing on Plaintiff's Motion to Strike Affirmative Defenses, or in the alternative, Motion for Judgment on the Pleading and Defendant's Motion to Amend Response to Complaint for November 6, 2008 at 2:30 P.M.

E. On November 4, 2008, Defendant submitted a financial disclosure form to the SBA and the parties are working toward a settlement of the case.

F. In order to permit the parties time to negotiate, the parties request a continuance of the November 6, 2008 hearing for a period not to exceed 60 days.

## STIPULATION

With the above facts taken into consideration, the adequacy and sufficiency of which are hereby acknowledged, the parties do hereby stipulate and agree as follows:

1. The hearing on Plaintiff's Motion to Strike Affirmative Defenses, or in the alternative, Motion for Judgment on the Pleading and Defendant's Motion to Amend Response to Complaint shall be continued for a period of time not to exceed 60 days.

2. All other dates previously calendared shall remain in effect; and,

3. This stipulation may be executed in counterparts and a facsimile and/or electronic signature shall be considered as valid as an original.

///

///

///

2

C:\Documents and Settings\dpowell\Local Settings\Temporary Internet Files\OLK11EC\StipContHrg(f)wpd (2).wpd
11/5/08 ~ 5:00 pm

C 07-03741VRW
STIPULATION AND ORDER TO CONTINUE

1  U.S. Small Business Administration,
   as Receiver for Prospero Ventures, L.P.
2  v. Donald K. Emery
   Case No.C 07-03741 VWS
3

4

5  Dated: November 5, 2008                COLEMAN & HOROWITT, LLP

6

7                                         By: ___/s/ Darryl J. Horowitt_____
                                                DARRYL J. HOROWITT
8                                               Attorneys for Plaintiff

9

10 Dated: November 5, 2008                DONOGHUE, BARRETT & SINGAL, P.C

11

12                                         By: ___/s/ Bruce A. Singal_____
                                                BRUCE A. SINGAL
13                                              Attorney for Defendant

14                                         **ORDER**

15     The parties having so stipulated and good cause appearing therefore,

16     IT IS HEREBY ordered the hearing scheduled for November 6, 2008, at ~~3:00~~ 2:30 p.m. on

17 plaintiff's motion to strike affirmative defenses or judgment on the pleadings and defendant's

18 motion to amend its answer are continued until ___January 8, 2009___, at ~~3:00~~ 2:30 p.m.

19 Dated: ___November 6, 2008_____

20

21                                         _____
22                                         HON. VAUGHN R. WALKER
                                           Judge, United States District Court
23                                         Northern District of California

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Vaughn R Walker)

3

C:\Documents and Settings\dpowell\Local Settings\Temporary Internet Files\OLK11EC\StipContHrg(f)wpd (2).wpd
11/5/08 ~ 5:00 pm

C 07-03741VRW
STIPULATION AND ORDER TO CONTINUE