ARLENE P. MESSINGER
Assistant General Counsel for SBIC Enforcement
U.S. Small Business Administration
Receiver for Prospero Ventures, L.P.
409 Third Street, S.W., 7th Floor
Washington, DC 20416
Telephone: (202) 205-6857
Facsimile: (202) 481-0325

DARRYL J. HOROWITT  #100898
PHILIP J. NORGAARD #80477
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiff,
U.S. SMALL BUSINESS ADMINISTRATION,
as Receiver for PROSPERO VENTURES, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P., <br><br> Plaintiff, <br><br> v. <br><br> DONALD K. EMERY, <br><br> Defendant. | NO.   C 07-03741 VRW <br><br> Related Cases: <br> C07-03739-VRW (Closed); C07-03737-VRW (Closed); C07-03732-VRW (Closed); C07-03736-VRW (Closed); C07-03738-VRW (Closed). <br><br> **STIPULATION TO CONTINUE HEARING AND [PROPOSED] ORDER THEREON** |

This stipulation is entered into by and between plaintiff, U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, L.P., and defendant, DONALD K. EMERY, on the following recitals, terms, and agreements:

///

///

1

*U.S. Small Business Administration,*
*as Receiver for Prospero Ventures, L.P.*
*v. Donald K. Emery*
Case No.C 07-03741 VWS

**RECITALS**

This stipulation is entered into with the following facts taken into consideration:

A.  Plaintiff filed the above-captioned action on July 19, 2007.

B.  Plaintiff thereafter served the complaint on defendant on August 13, 2007.

C.  Defendant filed an answer on October 19, 2007.

D.  The Court scheduled a hearing on Plaintiff's Motion to Strike Affirmative Defenses, or in the alternative, Motion for Judgment on the Pleading and Defendant's Motion to Amend Response to Complaint for January 8, 2009, at 2:30 p.m.

E.  On November 4, 2008, Defendant submitted a financial disclosure form to the SBA, and the parties have been working toward a settlement of the case since that date.

F.  In order to permit the parties time to negotiate, the parties request a continuance of the January 8, 2009, hearing for a period not to exceed 60 days.

**STIPULATION**

With the above facts taken into consideration, the adequacy and sufficiency of which are hereby acknowledged, the parties do hereby stipulate and agree as follows:

1.  The hearing on Plaintiff's Motion to Strike Affirmative Defenses, or in the alternative, Motion for Judgment on the Pleading and Defendant's Motion to Amend Response to Complaint shall be continued for a period of time not to exceed 60 days.

2.  All other dates previously calendared shall remain in effect; and,

3.  This stipulation may be executed in counterparts and a facsimile and/or electronic signature shall be considered as valid as an original.

///

///

*U.S. Small Business Administration,*
*as Receiver for Prospero Ventures, L.P.*
*v. Donald K. Emery*
Case No.C 07-03741 VWS

Dated: January 6, 2009           COLEMAN & HOROWITT, LLP

                                 By: /s/ Darryl J. Horowitt
                                     DARRYL J. HOROWITT
                                     Attorneys for Plaintiff

Dated: January 6, 2009           DONOGHUE, BARRETT & SINGAL, P.C

                                 By: /s/ Bruce A. Singal
                                     BRUCE A. SINGAL
                                     Attorney for Defendant

**ORDER**

The parties having so stipulated and good cause appearing therefor,

IT IS HEREBY ordered that the hearing scheduled for January 8, 2009, at 2:30 p.m., on plaintiff's motion to strike affirmative defenses or judgment on the pleadings and defendant's motion to amend his answer is continued until March 19, 2009, at 2:30 p.m.

Dated: 1/7/2009

HON. VAUGHN R. WALKER
Judge, United States District Court
Northern District of California

GRANTED
Judge Vaughn R Walker

3