IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| US SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, LP, | No | C 07-3741 VRW |
| Plaintiff, | | ORDER |
| v | | |
| DONALD K EMERY, | | |
| Defendant. | | |

On July 17, 2009, plaintiff US Small Business Administration moved for summary judgment against defendant Donald K Emery. Doc #72. Emery has not submitted a response to plaintiff's motion, and the deadline for doing so has passed.

Emery is ORDERED to SHOW CAUSE in writing on or before October 15, 2009 why plaintiff's motion for summary judgment should not be granted. Failure to respond to this order shall be deemed grounds to grant the motion.

The hearing scheduled for October 1, 2009 is hereby VACATED. The court will submit the matter on the papers unless a hearing becomes necessary.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge