IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| US SMALL BUSINESS ADMINISTRATION, as Receiver for PROSPERO VENTURES, LP,<br><br>   Plaintiff,<br><br>   v<br><br>DONALD K EMERY,<br><br>   Defendant.<br>_____ / | No   C 07-3741 VRW<br><br>ORDER |

On September 30, 2009, the court issued an order for defendant to show cause why the above-captioned case should not be dismissed due to his failure to respond. Doc #79. In response, defendant stated his non-opposition to plaintiff's motion for summary judgment. Doc #80.

//

In light of defendant's statement of non-opposition, plaintiff's motion for summary judgment is GRANTED. The clerk is DIRECTED to enter the attached form of judgment and close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge