AO 132 (Rev. 5/85) Exemplification Certificate

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**

DEC 2 1 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## EXEMPLIFICATION CERTIFICATE

I, RICHARD W. WIEKING, Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:

Judgment in a Civil Case   CV-07-3741 VRW

are true copies of records of this Court.
In testimony whereof I sign my name and affix the seal of this Court, in this District, at

_San Francisco_ on _11-13-09_
        *City*                                                            *Date*

Richard W. Wieking
*Clerk*                                                (By) Deputy Clerk

I, _Vaughn R. Walker_, a Judicial Officer of this Court, , certify that _Richard W. Wieking_, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

_12/21/09_
*Date*                                                *Signature of Judicial Officer*

                                            Chief Judge, U.S. District Court
                                            *Title*

I, RICHARD W. WIEKING, Clerk of this United States District Court, keeper of the seal, certify that the Honorable

_____
*Judicial Officer*

named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judicial Officer's official signature and know and certify the above signature to be that of the Judicial Officer.

In testimony whereof I sign my name, and affix the seal of this Court at _____

_San Francisco_ in this State, on _____
        *City*                                                            *Date*

Richard W. Wieking
*Clerk*                                            *(By) Deputy Clerk*